## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

COURTNEY MICHELLE MOORE,　　:

　　　Plaintiff,　　　　　　　:

　　　　　　　　　　　　　　　:

v.　　　　　　　　　　　　　 :　　CASE NO.: 1:26-CV-00013 (WLS)

　　　　　　　　　　　　　　　:

SANTANDER CONSUMER USA, *et al.*, :

　　　　　　　　　　　　　　　:

　　　Defendants.　　　　　　 :

_____ :

## ORDER

On January 27, 2026, Plaintiff Courtney Moore filed a Complaint (Doc. 1) against Defendants Santander Consumer USA and Snatch Towing and Recovery, LLC ("Defendant Snatch"). On May 13, 2026, Defendant Snatch filed its Answer (Doc. 14) to Plaintiff's Complaint. On May 21, 2026, the Clerk issued a notice to Defendant Snatch that it must file a corporate disclosure statement in compliance with Local Rule 87[1] immediately. (*See* May 21, 2026 Docket text entry). When Defendant Snatch failed to file the required corporate disclosures, the Clerk issued a second notice on May 26, 2026, which also warned that the Court would be notified in the event Defendant Snatch failed to comply. (*See* May 26, 2026 Docket text entry). To date, Defendant Snatch has not filed its corporate disclosure statement. Defendant has neither offered an explanation for its failure to comply with the Court's Local Rules nor sought an extension of the time to do so.

As such, counsel for Defendant Snatch Towing and Recovery, LLC is **ORDERED** to file a corporate disclosure statement, in accordance with Local Rule 87, **instanter**.

**SO ORDERED**, this 2nd day of June 2026.

　　　　　　　　　　　　　　**/s/ W. Louis Sands**
　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

---

[1] The Court's Local Rules require all nongovernmental corporate parties to file a "separate statement identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of the party's stock." M.D. Ga. L.R. 87.1. The Rules provide that such statements must be filed with the party's initial pleading in this Court and must be supplemented within a reasonable time of any change in the information. *Id.* at 87.3.